1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,                Case No.  16-cv-00377-SK

             Petitioner,

8

         v.                                   **ORDER TO SHOW CAUSE RE**
9                                             **ENFORCEMENT OF INTERNAL**
                                              **REVENUE SERVICE SUMMONS**
     ANITA PRASAD,
10
             Respondent.
11                                            Regarding Docket Nos. 1

12         Before the Court is a verified petition to enforce a summons of the Internal Revenue

13   Service.  Good cause having been shown by Petitioner, IT IS HEREBY ORDERED that

14   respondent ANITA PRASAD appear before this Court located at 450 Golden Gate Avenue, San

15   Francisco, California, on **Wednesday, March 9, 2016 at 9:30 a.m.** (the "Return Date") and show

16   cause as to why respondent should not be compelled to appear and provide documentation and

17   testimony as required by the summons served upon respondent on October 16, 2015.

18         IT IS ORDERED that a copy of this Order to Show Cause, together with a copy of the

19   Verified Petition to Enforce Internal Revenue Service Summons (Dkt. No. 1), be served upon

20   Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five

21   days before the Return Date of this Order;

22         IT IS FURTHER ORDERED that at least twenty-one days before the Return Date,

23   Respondent may file and serve a written response to the petition, supported by appropriate

24   affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, and may file any motion

25   Respondent so desires to make.  Petitioner may file a response to any motion or issue raised by

26   Respondent no later than fourteen days prior to the Return Date.  Those motions and issues raised

27   by the pleadings will be considered on the Return Date of this Order, and only those issues raised

28   by motion or brought into controversy by the responsive pleadings and supported by affidavit or

United States District Court
Northern District of California

1  declaration will be considered at the return of this Order and that any uncontested allegation may

2  be considered admitted.

3        **IT IS SO ORDERED**.

4  Dated: January 28, 2016

5  

6  SALLIE KIM
  United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California